**FILED**

June 11, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )
              Plaintiff,                 )
                                         )
v.                                       )
                                         )
Brandon Coleman,                         )
                                         )
              Defendant.                 )

Case No.  2:08-mj-206 KJM

ORDER FOR RELEASE
OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  _Brandon Coleman_  Case _2:08-mj-206 KJM_

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

>     __    Release on Personal Recognizance
>
>     __    Bail Posted in the Sum of _____
>
>     _X_   Unsecured bond in the amount of $150,000 co-signed by defendant's
>
>               mother and wife.
>
>     __    Appearance Bond with 10% Deposit
>
>     __    Appearance Bond secured by Real Property
>
>     __    Corporate Surety Bail Bond
>
>     _X_   (Other)_PTS conditions/supervision;_

Issued at _Sacramento, CA_ on _6/11/08_____ at __2:35 p.m.__

By _____

Kimberly J. Mueller,
United States Magistrate Judge