```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )  No. Mag. S-08-206 KJM
12            Plaintiff,         )
                                 )  STIPULATION AND ORDER
13       v.                      )  CONTINUING PRELIMINARY HEARING
                                 )
14  BRANDON COLEMAN et al.,      )
                                 )
15            Defendants.        )  Hon. Kimberly J. Mueller
                                 )
16
```

17        The parties request that the preliminary hearing set for
18   July 1, 2008, be continued to July 8, 2008.  The parties agree
19   that good cause exists for the requested seven-day continuance,
20   taking into account the public interest in the prompt disposition
21   of criminal cases.  Fed R. Crim. P. 5.1(d).  This brief
22   continuance will give the government time to seek an indictment
23   against the defendant, and will allow the parties and the Court
24   to avoid an unnecessary and time-consuming preliminary hearing.
25   The government's attorney is currently on the East Coast,
26   returning July 1, and will not be able to prepare and present an
27   indictment in this case until July 3, 2008.  The defendant is not
28   in custody.

1    For the reasons stated above, the parties ask the Court to
2 grant the requested continuance.

3

4                                        Respectfully Submitted,

5                                        McGREGOR W. SCOTT
                                         United States Attorney
6

7 Dated: June 24, 2008          By:/s/ Michael M. Beckwith
                                     MICHAEL M. BECKWITH
8                                    Assistant U.S. Attorney

9
  Dated: June 24, 2008          By:/s/ Caro Marks
10                                   CARO MARKS
                                     Attorney for defendant
11

12

13

14                               **ORDER**

15    Good cause having been shown, the preliminary hearing
16 currently set for July 1, 2008, is continued to July 8, 2008.

17

18 IT IS SO ORDERED.

19 Dated:   June 25, 2008.
                                  _____
20                                EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE
21

2