```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRANDON COLEMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRANDON COLEMAN, <br><br> Defendant. | No. CR-S-08-306 EJG <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date:  August 15, 2008 <br> Time:  10:00 a.m. <br> Judge: Hon. Edward J. Garcia |

    It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, and Caro Marks, attorney for defendant Brandon Coleman, as follows:

    The Status Conference date of August 8, 2008 should be continued until August 15, 2008.

    The reason for the continuance is that defense counsel will be on annual leave for part of August, the parties agree that the status conference should be continued until August 15, 2008.

    IT IS STIPULATED that the period from the signing of this Order up to and including August 15, 2008 be excluded in computing the time

1 within which trial must commence under the Speedy Trial Act, pursuant
2 to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
3 preparation of counsel.

Dated: July 25, 2008              Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ Caro Marks
                                  _____
                                  CARO MARKS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  BRANDON COLEMAN


Dated:  July 25, 2008             MCGREGOR SCOTT
                                  United States Attorney


                                   /s/ Michael Beckwith
                                  _____
                                  MICHAEL BECKWITH
                                  Assistant U.S. Attorney



                                ORDER

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for August 8, 2008, be continued to August 15, 2008, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from this date to, and including, the August 15, 2008 status conference shall be excluded from

1  computation of time within which the trial of this matter must be
2  commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
3  3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel
4  time to prepare.
5  Dated: August 4, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge

Stip & Order/Coleman, Brandon                -3-