DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRANDON COLEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-08-306 EJG |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE |
| | ) |
| BRANDON COLEMAN, | ) |
| | ) Date:  August 29, 2008 |
| Defendant. | ) |
| | ) Time:  10:00 a.m. |
| _____ | ) Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, and Caro Marks, attorney for defendant Brandon Coleman, as follows:

The Status Conference date of August 15, 2008 should be continued until August 29, 2008.  The defense needs additional time to complete its review of discovery. In addition, the defendant is pursuing a resolution of his case pursuant to Chapter Five of the federal sentencing guidelines, and the parties need time to meet in furtherance of that goal. A meeting is already scheduled for the end of August, 2008. The parties agree on a continuance to allow the debriefing and to

1  give the government time to develop any leads resulting from the
2  debriefing.
3      IT IS STIPULATED that the period from the signing of this Order up
4  to and including August 29, 2008 be excluded in computing the time
5  within which trial must commence under the Speedy Trial Act, pursuant
6  to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
7  preparation of counsel.
8
9  Dated: August 13, 2008              Respectfully submitted,
10                                     DANIEL BRODERICK
                                       Federal Defender
11
                                       /s/ Caro Marks
12                                     _____
                                       CARO MARKS
13                                     Assistant Federal Defender
                                       Attorney for Defendant
14                                     BRANDON COLEMAN
15
16 Dated:  August 13, 2008             MCGREGOR SCOTT
                                       United States Attorney
17
18                                      /s/ Michael Beckwith
                                       _____
19                                     MICHAEL BECKWITH
                                       Assistant U.S. Attorney
20
21
22                                ORDER
23      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
24 ordered that the status conference presently set for August 15, 2008,
25 be continued to August 29, 2008, at 10:00 a.m.  Based on the
26 representation of defense counsel and good cause appearing therefrom,
27 the Court hereby finds that the failure to grant a continuance in this
28 case would deny defense counsel reasonable time necessary for effective

Stip & Order/Coleman, Brandon          -2-

1  preparation, taking into account the exercise of due diligence.  The
2  Court finds that the ends of justice to be served by granting a
3  continuance outweigh the best interests of the public and the defendant
4  in a speedy trial.  It is ordered that time from this date to, and
5  including, the August 29, 2008 status conference shall be excluded from
6  computation of time within which the trial of this matter must be
7  commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
8  3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel
9  time to prepare.
10 Dated:  August 14, 2008

                                    /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    Senior United States District Judge

Stip & Order/Coleman, Brandon        -3-