DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRANDON COLEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-08-306 EJG |
| Plaintiff, | ) ) | |
| v. | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| BRANDON COLEMAN, | ) ) | |
| Defendant. | ) ) ) | Date: September 26, 2008 Time: 10:00 a.m. Judge: Hon. Edward J. Garcia |
| _____ | ) | |

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, and Caro Marks, attorney for defendant Brandon Coleman, as follows:

The Status Conference date of August 29, 2008 should be continued until September 26, 2008. At the AUSA's request, the defense is gathering records about the educational and job history of Mr. Coleman, in service of his pursuit of a resolution of his case under Chapter Five of the sentencing guidelines. The defense has ordered, but not yet received, the relevant records. The government also needs additional time to pursue leads resulting from Mr. Coleman's debriefing.

IT IS STIPULATED that the period from the signing of this Order up to and including September 26, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: August 28, 2008          Respectfully submitted,

                                                       DANIEL BRODERICK
                                                      Federal Defender

                                                      /s/ Caro Marks
                                                      _____
                                                      CARO MARKS
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      BRANDON COLEMAN

Dated:  August 28, 2008           MCGREGOR SCOTT
                                             United States Attorney

                                             /s/ Michael Beckwith
                                             _____
                                             MICHAEL BECKWITH
                                             Assistant U.S. Attorney

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for August 29, 2008, be continued to September 26, 2008, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from this date to, and including, the September 26, 2008 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow counsel time to prepare.

Dated: August 28, 2008          /s/ EDWARD J. GARCIA
                                          Senior United States District Judge