```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRANDON COLEMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-306 EJG |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE |
| | ) |
| BRANDON COLEMAN, | ) |
| | ) Date: October 17, 2008 |
| Defendant. | ) |
| | ) Time: 10:00 a.m. |
| _____ | ) Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, and Caro Marks, attorney for defendant Brandon Coleman, as follows:

The Status Conference date of September 26, 2008 should be continued until October 17, 2008. At the AUSA's request, the defense is gathering records about the educational and job history of Mr. Coleman, in service of his pursuit of a resolution of his case under Chapter Five of the sentencing guidelines. The defense has not yet received all the relevant records the government has requested about the defendant's job and educational background. The government also still needs additional time to pursue leads resulting from Mr.

1 | Coleman's debriefing.

2 | IT IS STIPULATED that the period from the signing of this Order up
3 | to and including October 17, 2008 be excluded in computing the time
4 | within which trial must commence under the Speedy Trial Act, pursuant
5 | to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
6 | preparation of counsel.

7 |

8 | Dated: September 23, 2008          Respectfully submitted,
9 |                                    DANIEL BRODERICK
                                       Federal Defender
10 |
                                       /s/ Caro Marks
11 |                                    _____
                                       CARO MARKS
12 |                                    Assistant Federal Defender
                                       Attorney for Defendant
13 |                                    BRANDON COLEMAN

14 |

15 | Dated:  September 23, 2008         MCGREGOR SCOTT
                                       United States Attorney
16 |

17 |                                     /s/ Michael Beckwith
                                       _____
18 |                                    MICHAEL BECKWITH
                                       Assistant U.S. Attorney
19 |

20 |

21 |                                ORDER

22 | UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23 | ordered that the status conference presently set for September 26,
24 | 2008, be continued to October 17, 2008, at 10:00 a.m.  Based on the
25 | representation of defense counsel and good cause appearing therefrom,
26 | the Court hereby finds that the failure to grant a continuance in this
27 | case would deny defense counsel reasonable time necessary for effective
28 | preparation, taking into account the exercise of due diligence.  The

1  Court finds that the ends of justice to be served by granting a
2  continuance outweigh the best interests of the public and the defendant
3  in a speedy trial.  It is ordered that time from this date to, and
4  including, the October 17, 2008 status conference shall be excluded
5  from computation of time within which the trial of this matter must be
6  commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
7  3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow counsel time to
8  prepare.
9  Dated: September 24, 2008
10                                         /s/ Edward J. Garcia
                                           EDWARD J. GARCIA
11                                         Senior United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28