```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRANDON COLEMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-306 EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| BRANDON COLEMAN, ) | |
| ) | Date:  December 19, 2008 |
| Defendant. ) | |
| ) | Time:  10:00 a.m. |
| _____ ) | Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, and Caro Marks, attorney for defendant Brandon Coleman, as follows:

The Status Conference date of October 17, 2008 should be continued until December 19, 2008.  The reason for the continuance is that Ms. Marks was in a car accident and was just released from the hospital and is still recovering.  Ms. Marks will be out of the office for at least a month. Ms. Marks will need additional time to meet with the client once she returns to the office.

IT IS STIPULATED that the period from the signing of this Order up to and including December 19, 2008 be excluded in computing the time

1 within which trial must commence under the Speedy Trial Act, pursuant
2 to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
3 preparation of counsel.

5 Dated: October 15, 2008                Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender

                                         /s/ Caro Marks
                                         _____
                                         CARO MARKS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         BRANDON COLEMAN


12 Dated:  October 15, 2008              MCGREGOR SCOTT
                                         United States Attorney

                                          /s/ Michael Beckwith
                                         _____
                                         MICHAEL BECKWITH
                                         Assistant U.S. Attorney



                                    ORDER

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
ordered that the status conference presently set for October 17, 2008,
be continued to December 19, 2008, at 10:00 a.m.  Based on the
representation of defense counsel and good cause appearing therefrom,
the Court hereby finds that the failure to grant a continuance in this
case would deny defense counsel reasonable time necessary for effective
preparation, taking into account the exercise of due diligence.  The
Court finds that the ends of justice to be served by granting a
continuance outweigh the best interests of the public and the defendant
in a speedy trial.  It is ordered that time from this date to, and

1 | including, the December 19, 2008 status conference shall be excluded
2 | from computation of time within which the trial of this matter must be
3 | commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
4 | 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow counsel time to
5 | prepare.
6 | Dated:   October 15, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge