```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRANDON COLEMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-306 EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| BRANDON COLEMAN, ) | |
| ) | Date: January 16, 2009 |
| Defendant. ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, and Caro Marks, attorney for defendant Brandon Coleman, as follows:

The Status Conference date of December 19, 2008 should be continued until January 16, 2009.  The reason for the continuance is that Ms. Marks is still recovering from her injuries and not expected to return to the office until the first part of January. Ms. Marks will need additional time to meet with the client once she returns to the office.

IT IS STIPULATED that the period from the signing of this Order up to and including January 16, 2009 be excluded in computing the time

1  within which trial must commence under the Speedy Trial Act, pursuant
2  to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
3  preparation of counsel.
4
5  Dated: November 25, 2008            Respectfully submitted,
6                                      DANIEL BRODERICK
                                       Federal Defender
7
                                       /s/ Caro Marks
8                                      _____
                                       CARO MARKS
9                                      Assistant Federal Defender
                                       Attorney for Defendant
10                                     BRANDON COLEMAN
11
12 Dated:  November 25, 2008           MCGREGOR SCOTT
                                       United States Attorney
13
14                                      /s/ Michael Beckwith
                                       _____
15                                     MICHAEL BECKWITH
                                       Assistant U.S. Attorney
16
17
18                                  ORDER
19      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
20 ordered that the status conference presently set for December 19, 2008,
21 be continued to January 16, 2009, at 10:00 a.m.  Based on the
22 representation of defense counsel and good cause appearing therefrom,
23 the Court hereby finds that the failure to grant a continuance in this
24 case would deny defense counsel reasonable time necessary for effective
25 preparation, taking into account the exercise of due diligence.  The
26 Court finds that the ends of justice to be served by granting a
27 continuance outweigh the best interests of the public and the defendant
28 in a speedy trial.  It is ordered that time from this date to, and

Stip & Order/Coleman, Brandon        -2-

1  including, the January 16, 2009 status conference shall be excluded
2  from computation of time within which the trial of this matter must be
3  commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
4  3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow counsel time to
5  prepare.
6  Dated: November 26, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge

Stip & Order/Coleman, Brandon              -3-