```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRANDON COLEMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-306 EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| BRANDON COLEMAN, ) | |
| ) | Date:  February 13, 2009 |
| Defendant. ) | |
| ) | Time:  10:00 a.m. |
| _____ ) | Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, and Caro Marks, attorney for defendant Brandon Coleman, as follows:

The Status Conference date of January 16, 2009 should be continued until February 13, 2009.  The reason for the continuance is that Ms. Marks is still recovering from her injuries and not expected to return to the office until January 20, 2009. Ms. Marks will need additional time to meet with the client once she returns to the office.

IT IS STIPULATED that the period from the signing of this Order up to and including February 13, 2009 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant

1  to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
2  preparation of counsel.
3
4  Dated: January 9, 2009              Respectfully submitted,
5                                      DANIEL BRODERICK
                                       Federal Defender
6
                                       /s/ Caro Marks
7                                      _____
                                       CARO MARKS
8                                      Assistant Federal Defender
                                       Attorney for Defendant
9                                      BRANDON COLEMAN
10
11 Dated:  January 9, 2009             LARRY BROWN
                                       Acting United States Attorney
12
13                                      /s/ Michael Beckwith
                                       _____
14                                     MICHAEL BECKWITH
                                       Assistant U.S. Attorney
15
16
17                                   ORDER
18      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
19 ordered that the status conference presently set for January 16, 2009,
20 be continued to February 13, 2009, at 10:00 a.m.  Based on the
21 representation of defense counsel and good cause appearing therefrom,
22 the Court hereby finds that the failure to grant a continuance in this
23 case would deny defense counsel reasonable time necessary for effective
24 preparation, taking into account the exercise of due diligence.  The
25 Court finds that the ends of justice to be served by granting a
26 continuance outweigh the best interests of the public and the defendant
27 in a speedy trial.  It is ordered that time from this date to, and
28 including, the February 13, 2009 status conference shall be excluded

Stip & Order/Coleman, Brandon           -2-

1 | from computation of time within which the trial of this matter must be
2 | commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
3 | 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow counsel time to
4 | prepare.
5 | Dated: January 9, 2009

                                          /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
                                          Senior United States District Judge