```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  BRANDON COLEMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-306 EJG |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE |
| | ) |
| BRANDON COLEMAN, | ) |
| | ) Date: March 13, 2009 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Edward J. Garcia |
| _____ | ) |

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender on behalf of Caro Marks, attorney for defendant Brandon Coleman, that the status conference of February 13, 2009 be vacated, and the matter be set for status conference on March 13, 2009 at 10:00 a.m.

The reason for the continuance is that Ms. Marks continues to recover from her injuries and has suffered a recent unanticipated setback. She is now expected to return to the office the first week of March, 2009. Ms. Marks will need additional time to meet with the client once she returns to the office.

1      IT IS STIPULATED that the period from the signing of this Order up
2 to and including March 13, 2009 be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
5 preparation of counsel.

6 Dated: February 3, 2009

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ *Linda C. Harter for*
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        BRANDON COLEMAN

13 Dated:  February 3, 2009

                                        LARRY BROWN
                                        Acting United States Attorney


                                         /s/ *Michael Beckwith*
                                        _____
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and
including March 13, 2009 in the interest of justice pursuant to
18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local
Code T4.

Dated: Feb. 3, 2009

                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        United States District Judge

Stip & Order/Brandon Coleman           -2-