```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S-08-306-EJG |
| Plaintiff, | STIPULATION AND ORDER RESETTING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| FERNANDO FLORES, et al. | |
| Defendant. | |

The United States of America, through its counsels of record, Lawrence G. Brown, Acting United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant Fernando Flores, through his counsel of record, Danny Brace, Jr., and defendant Brandon Coleman, through his counsel of record, Caro Marks, hereby stipulate and agree that the status conference set for March 13, 2009, be continued to April 3, 2009.

The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of April 3, 2009, for the status conference.

///

1

Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) and Local Code T4 - additional time to prepare.

IT IS SO STIPULATED.

|  |  |  |
|---|---|---|
|  | | LAWRENCE G. BROWN<br>Acting United States Attorney |
| Dated: March 11, 2009 | By: | /s/ Michael M. Beckwith<br>MICHAEL M. BECKWITH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| DATED: March 11, 2009 | By: | /s/ Danny D. Brace, Jr.<br>DANNY D. BRACE<br>Attorney for Defendant<br>FERNANDO FLORES |
| DATED: March 11, 2009 | By: | /s/ Caro Marks<br>CARO MARKS<br>Attorney for Defendant<br>BRANDON COLEMAN |

---

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference on April 3, 2009.

The Court finds excludable time as set forth above to and including April 3, 2009.

**IT IS SO ORDERED.**

DATED: March 11, 2009           /s/ Edward J. Garcia
                                _____
                                HONORABLE EDWARD J. GARCIA
                                UNITED STATES DISTRICT COURT JUDGE