```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   BRANDON COLEMAN
7
```

**FILED**

SEP 11 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-306 EJG |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| BRANDON COLEMAN, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, it is ordered that Defendant's Sentencing Memorandum, herein placed in a sealed envelope, shall be maintained under seal by the Clerk of this Court and shall not be made available to plaintiff or to the public.

Dated: September 8, 2009

_____
EDWARD J. GARCIA
United States Magistrate Judge